USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JUL 2 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :    MISDEMEANOR
       - v. -                 :    INFORMATION
                              :
DARREN CARASQUERO,            :    07 Cr.
                              :
             Defendant.       :    **07CRIM. 689**
                              :
- - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From in or about January, 2007, to in or about February, 2007, in the Southern District of New York and elsewhere, DARREN CARASQUERO, the defendant, unlawfully, willfully, and knowingly, did take and carry away, with the intent to steal and purloin, property and money and things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of, a bank, credit union, and savings and loan association, to wit, CARASQUERO withdrew $44,000 of funds that did not belong to him from a bank account he opened in the name of a fictitious business entity.

(Title 18, United States Code, Sections 2113(b) & 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 6 2007

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**DARREN CARASQUERO,**

Defendant.

<u>**INFORMATION**</u>

07 Cr.

(18 U.S.C. §§ 2113(b) & 2)

<u>MICHAEL J. GARCIA</u>
United States Attorney.